ing defendants, for want of plea, demurrer or answer, and upon proofs taken *ex parte.*

It is further declared in the cited case that proper practice permits either the dismissal of the appeal or the affirmance of the decree as this court in its discretion may direct.

We think it proper in the present case to affirm the decree, with costs.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.

---

GEORGE CONOVER, appellant,

*v.*

GUARANTEE TRUST COMPANY et al., respondents.

[Decided October 11th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *88 N. J. Eq. 450.*

*Mr. William M. Clevenger,* for the appellant.

*Mr. Clarence L. Cole,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER—8.

*For reversal*—WILLIAMS, TAYLOR, GARDNER—3.

---

GEORGE CONOVER, appellant,

*v.*

GUARANTEE TRUST COMPANY et al., respondents.

[Decided October 11th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *88 N. J. Eq. 450.*

*Mr. William M. Clevenger,* for the respondent.

*Mr. Clarence L. Cole,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS—9.

*For reversal*—None.